**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jeffrey Bernard THEUS, Defendant–**
**Appellant.**

No. 05–20099.

**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 14, 2005.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Houston, TX, for Defendant–Appellant.

Before KING, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM: *

Jeffrey Bernard Theus was convicted of conspiracy to commit interstate theft. He was sentenced to 44 months of imprisonment and a three-year term of supervised release. One of the conditions of Theus's supervised release requires him to cooperate in the probation officer's collection of a DNA sample.

In his sole issue on appeal, Theus challenges that condition of his supervised release. This court has previously held that such a challenge, made prior to the collection of any DNA sample by the probation officer, is not ripe for review. *United States v. Carmichael*, 343 F.3d 756, 761–62 (5th Cir.2003). Despite Theus's argument to the contrary, his case is not distinguishable in any material respect from *Carmichael*. *See United States v. Riascos–Cuenu*, 428 F.3d 1100, 1101 (5th Cir.2005). This appeal is dismissed for lack of jurisdiction.

APPEAL DISMISSED FOR LACK OF JURISDICTION.

---

the limited circumstances set forth in 5ᴛʜ Cɪʀ. R. 47.5.4.

* Pursuant to 5ᴛʜ Cɪʀ. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᴛʜ Cɪʀ. R. 47.5.4.